UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COMMUNICATION INTERFACE | § | |
| TECHNOLOGIES, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-420-SDJ |
| | § | |
| GAMESTOP, INC. | § | |

## ORDER

The Court has been advised by the Parties, through counsel, that all claims in this case have been settled.

It is therefore **ORDERED** that, on or before **September 13, 2024**, all parties shall file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket.

It is further **ORDERED** that, if the parties fail to file with the Court all papers necessary for the closing of this case and its removal from the Court's active docket on or before **September 13, 2024**, they must submit a joint report on the status of settlement on or before **September 18, 2024**.

**So ORDERED and SIGNED this 16th day of August, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE