IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COMMUNICATION INTERFACE TECHNOLOGIES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>GAMESTOP, INC.,<br><br>*Defendant.* | C.A. No.:  4:24-cv-420-SDJ<br><br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Communication Interface Technologies, LLC hereby dismisses its claims against Defendant Gamestop, Inc. ("Defendant") with prejudice.  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff with order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant has not answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i). Each party shall bear its own costs, expenses, and attorneys' fees.

DATE: August 29, 2024            Respectfully submitted,

SHEA | BEATY PLLC

*/s/ Trevor Beaty*
Trevor Beaty
trevor@sheabeaty.com
One Grande Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Tel: (903) 870-7771
Fax: (903) 870-7888

*Attorney for Plaintiff*
*Communication Interface Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 29, 2024, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Trevor Beaty*
Trevor Beaty